**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01303-CV

**JOHN WILLIAMS, Appellant**

**V.**

**DART TRANSIT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00720-B**

## ORDER

Before the Court are appellant's October 12, 2015 "Motion for Civil Rights Act of 1964" and October 19, 2015 "Motion for affirmative act." To the extent appellant asks in these motions that the Court, in the performance of its judicial duties, not manifest bias or prejudice based upon race or any other protected class, the motion is unnecessary. Canon 3 of the Code of Judicial Conduct mandates that "[a] judge shall perform judicial duties without bias or prejudice." *See* TEX. CODE JUD. CONDUCT, Canon 3(B)(5); *see also id.* Canon 3(B)(6). Accordingly, we take no action on the motion.

/s/     CRAIG STODDART
        JUSTICE